United States District Court
Eastern District of Michigan
Southern Division

James C. McKee,

    *Petitioner,*

    -vs-

Eric Rardin,

    *Respondent.*

Case No. 24-cv-11154

Honorable Denise Page Hood
Mag. Judge Patricia T. Morris

## Notice of Appearance of Assistant U.S. Attorney

To:    Attorney Admission Clerk and All Other Parties

Please take notice of the addition of the undersigned Assistant U.S. Attorney as an attorney of record for Respondent, Eric Rardin, on the above captioned case.

Respectfully submitted,

Jessica Currie
United States Attorney

*/s/Jessica Currie*
Jessica Currie
Assistant United State Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226
(313) 226-9531
Jessica.Currie@usdoj.gov

Dated: May 20, 2024