

James C. McKee
FCI Milan
P.O. Box 1000
Milan, Michigan 48160

24-11154

Filed: June 12, 2024

United States District Court
Eastern District of Michigan
Clerk of Court
211 West Fort Street, Suite 2001
Detroit, Michigan, 48226



FILED
JUN 18 2024
CLERK'S OFFICE
DETROIT

RE: *JAMES C. MCKEE v. WARDEN RARDIN*

Dear Clerk of Court,

On April 28, 2024 I filed three copies petitions for writ of habeas corpus and three copies of Memorandum of Law and Fact in Support of Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 with the court. I requested one file stamped copy for my personal records. I never received the stamped copy.

Because I never received a stamped copy, I had a family member check Pacer to see if my motion has been filed. The information on Pacer states that my motion has been filed and the government has been informed to respond by November 18, 2024. I was not informed of this order.

This November 18th response date is 70 days after I am scheduled to be released from prison to Residential Reentry Center (RRC). Should the court grant my motion on the merits, I would be denied the opportunity to benefit from the ruling.

For this reason alone, my case should be expedited so that I may receive the full amenities of this honorable court's ruling. Please send me a Status Update on my case so that I may keep an accurate record of the progression of this case.

Thank you for your time and considerations to this delicate matter.

Sincerely,

*James McKee*
JAMES C. MCKEE #31679-171

Cc: United States Court of Appeals

James McKee
NAME
31679/171
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

U.S. MARSHAL

METROPLEX MI 480
14 JUN 2024 PM 8 L

48226-271839

Office of the Clerk
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd. - Room 564
Detroit, MI 48226