UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

James C. McKee

        Plaintiff(s),

v.

Eric Rardin

        Defendant(s).
                                /

Case No. 2:24-cv-11154

Judge Denise Page Hood

Magistrate Judge Patricia T. Morris

**NOTICE OF CORRECTION**

Docket entry number   7  , filed   7/3/2024  , has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [x] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact   Dru Jennings   at   (313) 234-5000  .

KINIKIA D. ESSIX, CLERK OF COURT

Dated: July 3, 2024

s/D. Jennings
Deputy Clerk