UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

James C. McKee, 31679-171,

           Petitioner,

v.

Eric Rardin,

           Respondent(s).
_____/

Case No. 24-11154

Judge Denise Page Hood

Magistrate Judge Patricia T. Morris

### AMENDED ORDER REQUIRING RESPONSIVE PLEADING

The petition for writ of habeas corpus having been reviewed and it appearing that the petition is not subject to summary dismissal upon initial review;

**IT IS ORDERED** that a responsive pleading be filed in this matter on or before August 1, 2024. Petitioner shall have forty-five (45) days from the date of the responsive pleading to file a reply.

**IT IS FURTHER ORDERED** that the Clerk of the Court serve a copy of this Order on the Respondent(s) by first class mail as provided in Rule 4, and also provide a copy to the United States Attorney for the Eastern District of Michigan.

Date: July 3, 2024

s/David R. Grand
David R. Grand
United States Magistrate Judge

---

### Certificate of Service

I certify that, on the date indicated below, I arranged for service as provided above, and I mailed a copy of this Order to Petitioner.

Date: July 3, 2024

s/D. Jennings
Deputy Clerk