UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JAMES C. MCKEE,
        Petitioner,


FILED
JUL 09 2024
CLERK'S OFFICE
DETROIT

v.                                          CASE NO. 2:24-cv-11154

ERIC RARDIN, WARDEN,
FEDERAL BUREAU OF PRISONS
        Respondent.
_____/

**EMERGENCY MOTION REQUESTING EXPEDIENT AND
REASONABLE TIME FOR GOVERNMENT TO RESPOND**

      NOW COMES, Petitioner, James C. McKee, requesting that the Court move back the response time required for the government to respond to his pending § 2241 Habeas Corpus Petition. The Magistrate allowed the Government [6 months] to respond to his Motion, violating Mr. McKee's right to due process. Mr. McKee played by the rules, he exhausted the BOP administrative remedy process, then submitted his petition to the Court.

The Magistrate gave the Government an unfair advantage by allowing them an unreasonable amount of time to respond to this motion. By allowing the Government an inordinate amount of time to

respond it makes most of Mr. McKee's motion [MOOT and IRRELEVANT]. As Mr. McKee will be released from FCI Milan within the first 10 days of September 2024.

Thereby violating his Constitutional Right to due process. SIX MONTHS is an unreasonable amount of time to allow any party to reply to a motion of this simplicity. Mr. McKee, requests that the Court please readjust the dates for the Government to respond in a timely manner, so that Justice may prevail, and this Court does not rule on his motion well after he has left prison.

Respectfully submitted to on this 27th day of June, 2024.

/S/ _James McKee 31679-171_
JAMES C. MCKEE #31679-171

## CERTIFICATE OF SERVICE

I, James C. McKee, being of sound mind, do hereby CERTIFY under penalty of perjury and pursuant to Title 18 U.S.C. § 1746 that all statements made and documents presented herein are true and authentic to the best of my knowledge. A copy of this Emergency Motion Requesting Expedient and Reasonable Time for Government to Respond has been placed in the prison mail system at FCI Milan, Milan Michigan addressed to the United States District Court, Eastern District of Michigan.

Respectfully submitted to on this 27th day of June, 2024.

/S/ _James Mckee 31679-171_
JAMES C. MCKEE #31679-171

2

James McKee
NAME
31679-171
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
2 JUL 2024 PM 17 L

48226-271839

OFFICE OF THE CLERK
U.S. DISTRICT COURT
THEODORE LEVIN UNITED STATES COURTHOUSE
231 W. LAFAYETTE BLVD. - ROOM 564
DETROIT, MI 48226