UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JAMES C. MCKEE,
        Petitioner,

v.                                                CASE NO. 2:24-cv-11154-DPH-PTM
                                                        Hon. Denise Page Hood

ERIC RARDIN, WARDEN,
FEDERAL BUREAU OF PRISONS
        Respondent.
_____/



FILED
JUL 16 2024
CLERK'S OFFICE
DETROIT

## MOTION FOR LEAVE

NOW COMES, James C. McKee, Petitioner filing pro se, requesting this Honorable Court to grant his Motion for Leave to supplement his pending Writ of Habeas Corpus in light of a recent court decision. *Woodley v. Warden*, 2024 U.S. Dist. LEXIS 87521(10th Cir. May 15, 2024). *Woodley* is a mirror case and substantially supports the merits of Petitioner's claims currently before this Court.

Petitioner recognizes that the Court is not bound by a Tenth Circuit decision, however, given the similarities between the facts in both cases, it is worth presenting to the Court. *Woodley* was awarded immediate transfer to prerelease custody due to his Federal Time Credit (FTC) total exceeding the

1

time remaining on his sentence. The Court held that the BOP's failure to transfer Woodley to prerelease custody violated federal law and granted Petition the relief requested.

Here, Petitioner wishes to offer the decision in *Woodley* as mitigating evidence to grant his Writ of Habeas Corpus.

/S/ *James McKee #31679-171*
JAMES C. MCKEE #31679-171

## CERTIFICATE OF SERVICE

I, James C. McKee, being of sound mind, do hereby CERTIFY under penalty of perjury and pursuant to Title 18 U.S.C. § 1746 that all statements made and documents presented herein are true and authentic to the best of my knowledge. A copy of this Motion for Leave has been placed in the prison mail system at FCI Milan, Milan Michigan addressed to the United States District Court, Eastern District of Michigan.

Executed on 11th day of July, 2024.

/S/ *James McKee #31679-171*
JAMES C. MCKEE #31679-171

2

James McKee
NAME
31679-171
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
12 JUL 2024

Office of the MARSHALS
United States District Court
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd - Rm. 564
Detroit, MI 48226

48226-271839