UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JAMES MCKEE,

    Petitioner,

v.

CASE NO: 2:24-cv-11154-DPH-PTM

ERIC RARDIN,

    Respondent.

## DECLARATION

I, M. Sanborn, submit this declaration in support of the Response to Petitioner's Petition for Writ of Habeas Corpus and hereby declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I am an employee of the United States Department of Justice, Federal Bureau of Prisons (BOP). Specifically, I am a Contract Oversight Specialist, and the acting Residential Reentry Manager at the Raleigh Residential Reentry Office (RRM) located in Butner, North Carolina. I have worked for the BOP since January 2004 and have been a Contract Oversight Specialist since July 2023.

2. As part of my official duties, I am familiar with procedures by which the BOP refers inmates for placement into Residential Reentry Centers (RRCs) consistent with Program Statement 7310.04, <u>Community Corrections Center (CCC) Utilization and Transfer Procedure</u> and related

1

Agency Guidance. Pursuant to my official duties, I have access to records maintained by the BOP in the ordinary course of business, including records showing where inmates in the BOP are housed, records concerning PATTERN scores under the First Step Act (FSA) and records containing information relevant to the evaluation of inmate custody and security classifications, to include Residential Reentry Center (RRC) placement. All records attached to this declaration are true and correct copies of records kept in the regular course of business of the BOP. I am one of the custodians of those records. The following statements are based on my review of those records, my own personal knowledge, and other information I have acquired through the performance of my official duties.

3. I make this declaration in connection with the petition filed by inmate James McKee, Register No. 31679-171 (Petitioner), in which he alleges his transfer to prerelease custody has been significantly delayed.

4. The United States District Court of South Carolina sentenced Petitioner to 132 months of imprisonment followed by 11 years of supervised release for violations of 21 U.S.C. §841(a)(1)(B), (b)(1)(C) and §846 for Conspiracy to Possess with Intent to Distribute & Distribution of a

Quantity of Methamphetamine and a Mixture and Substance containing a detectable amount of Methamphetamine. Petitioner's full term release date reflects September 19, 2027. His current projected release date is March 15, 2025, via First Step Act Release. *See Attachment 1, Public Information Inmate Data.* Petitioner has been housed at FCI Milan since March 30, 2023. *See Attachment 2, Inmate History - Quarters.*

5. BOP contracts with residential reentry centers ("RRCs") to assist inmates with the transition to release by providing a safe, structured, supervised environment, as well as employment counseling, job placement, financial management assistance, and other programs and services. RRCs are structured residential programs that provide job placement, counseling, and reentry support through monitored activity. They also offer mental health programming, as well as drug testing and counseling for alcohol and drug-related problems.

6. Despite the language in 18 U.S.C. § 3624(g)(11) (providing that the Director of the BOP "shall ensure there is sufficient prerelease custody capacity to accommodate all eligible prisoners"), BOP does not currently have unlimited prerelease bedspace or home confinement capacity to accommodate every inmate's needs under the SCA and the FSA. Each

contract has a maximum number of inmates that can be placed on home confinement. BOP can only exceed that amount with the RRC's consent and willingness to accept the placement while operating within an approved annual budget. The BOP is also at the mercy of community resources and community support, along with the 24-month contracting process. However, RRM staff are constantly trying to identify and obtain contracts within available staffing and budgetary resources while maintaining good relationships with our existing contractors.

7. Normally, inmates are placed in prerelease custody in the jurisdiction where they were sentenced. Prerelease custody placement facilitates the transition from prison to the community by assisting an inmate with job placement, treatment services, etc. Accordingly, it would be illogical to have inmates establish those things outside the jurisdiction of their anticipated supervised release.

8. Petitioner was sentenced by the U.S. District Court of South Carolina. FCI Milan submitted paperwork to the RRM in Raleigh[1] on August 7, 2023, recommending Petitioner for an RRC placement date of September 22, 2024, taking into account the 365 days of FSA Time credits (FTCs)

---

[1] RRM Raleigh covers the 2 South Carolina RRCs that are within Petitioner's release area.

towards his release date and 175 FTC days towards RRC/Home Confinement prerelease placement he had earned at that time. *See Attachment 3, Institutional Referral for CCC Placement.*

9. While inmates may be referred for RRC placement based upon the criteria set forth in 18 U.S.C. §3621(b) and the Second Chance Act, in conjunction with the number of FSA time credits earned and projected, placement in the community is subject to resource availability. The RRM has final authority for determining the RRC placement date. RRM Raleigh provided Petitioner an RRC placement date of September 6, 2024. *See Attachment 4, Inmate History – Destination.*

10. Due to limited community resources in his area of release and housing constraints at the contractual facilities, there was no bedspace available for Petitioner in either of the RRCs located in his release area of South Carolina until September 6, 2024. Furthermore, Petitioner is not appropriate for direct home confinement placement given his preceding homelessness, the length of time he has been incarcerated, his disciplinary history, and his history of substance abuse. Rather, he needs to begin in the structured environment of an RRC to aid him in transition from prison to the community.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of July 2024.

MICHAEL SANBORN
Digitally signed by MICHAEL SANBORN
Date: 2024.07.19 07:14:47 -04'00'

_____
M. Sanborn
Residential Reentry Manager
Raleigh Residential Reentry Office

```
MILBU   531.01  *              INMATE HISTORY             *     07-17-2024
PAGE 001         *                 QUARTERS               *      08:35:58

 REG NO..: 31679-171 NAME....: MCKEE, JAMES COPPERS JR
 CATEGORY: QTR       FUNCTION: PRT        FORMAT:

FCL   ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
MIL   A01-115L   HOUSE A/RANGE 01/BED 115L    10-31-2023 1014 CURRENT
MIL   A01-115L   HOUSE A/RANGE 01/BED 115L    10-20-2023 1712 10-31-2023 0815
MIL   A01-115L   HOUSE A/RANGE 01/BED 115L    08-18-2023 1425 10-20-2023 1426
MIL   A01-115L   HOUSE A/RANGE 01/BED 115L    07-05-2023 0848 08-18-2023 1236
MIL   A01-115L   HOUSE A/RANGE 01/BED 115L    06-09-2023 1201 07-05-2023 0723
MIL   F05-006L   HOUSE F/RANGE 05/BED 006L    05-31-2023 1701 06-09-2023 1201
MIL   F05-006L   HOUSE F/RANGE 05/BED 006L    05-30-2023 0801 05-31-2023 1426
MIL   B08-028L   HOUSE B/RANGE 08/BED 028L    04-10-2023 0942 05-30-2023 0801
MIL   C02-212L   HOUSE C/RANGE 02/BED 212L    04-10-2023 0719 04-10-2023 0942
MIL   A03-301L   HOUSE A/RANGE 03/BED 301L    03-30-2023 1757 04-10-2023 0719
MIL   R01-001L   HOUSE R/RANGE 01/BED 001L    03-30-2023 1415 03-30-2023 1757
OKL   C07-330LH  HOUSE C/RANGE 07/BED 330L H  03-23-2023 1820 03-30-2023 0850
OKL   C07-901L   HOUSE C/RANGE 07/BED 901L    03-23-2023 1300 03-23-2023 1820
ATL   J01-156L   HOUSE J/RANGE 01/BED 156L    03-15-2023 1736 03-23-2023 0931
ATL   R01-001L   HOUSE R/RANGE 01/BED 001L    03-15-2023 1402 03-15-2023 1736
EDG   Z02-126LAD HOUSE Z/RANGE 02/BED 126L AD 03-01-2023 1230 03-15-2023 1038
EDG   Z02-128LAD HOUSE Z/RANGE 02/BED 128L AD 02-09-2023 1311 03-01-2023 1230
EDG   Z02-129LAD HOUSE Z/RANGE 02/BED 129L AD 02-05-2023 0836 02-09-2023 1311
EDG   Z02-129UAD HOUSE Z/RANGE 02/BED 129U AD 01-20-2023 1213 02-05-2023 0836
EDG   Z02-130UAD HOUSE Z/RANGE 02/BED 130U AD 01-06-2023 1602 01-20-2023 1213
EDG   Z02-130UAD HOUSE Z/RANGE 02/BED 130U AD 01-01-2023 1415 01-06-2023 1336
EDG   Z02-135LAD HOUSE Z/RANGE 02/BED 135L AD 01-01-2023 1413 01-01-2023 1415
EDG   Z02-130UAD HOUSE Z/RANGE 02/BED 130U AD 12-30-2022 1358 01-01-2023 1413
EDG   Z03-218UAD HOUSE Z/RANGE 03/BED 218U AD 12-30-2022 1211 12-30-2022 1358
EDG   Z03-218UAD HOUSE Z/RANGE 03/BED 218U AD 12-24-2022 1314 12-27-2022 0734
EDG   Z03-218LAD HOUSE Z/RANGE 03/BED 218L AD 12-23-2022 2140 12-24-2022 1314
EDG   Z02-136LAD HOUSE Z/RANGE 02/BED 136L AD 12-21-2022 1502 12-23-2022 2140
EDG   Z02-125LAD HOUSE Z/RANGE 02/BED 125L AD 12-20-2022 1645 12-21-2022 1502
EDG   Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD 12-20-2022 1521 12-20-2022 1645
EDG   D08-260L   HOUSE D/RANGE 08/BED 260L    11-10-2022 1246 12-20-2022 1521
EDG   D08-260L   HOUSE D/RANGE 08/BED 260L    10-18-2022 0908 11-10-2022 0721
EDG   D08-260L   HOUSE D/RANGE 08/BED 260L    08-29-2022 1527 10-18-2022 0828
EDG   D08-260L   HOUSE D/RANGE 08/BED 260L    06-27-2022 1051 08-29-2022 1237
EDG   D08-260L   HOUSE D/RANGE 08/BED 260L    04-20-2022 1248 06-27-2022 0846
EDG   D08-260L   HOUSE D/RANGE 08/BED 260L    04-18-2022 1230 04-20-2022 0902
EDG   D08-260L   HOUSE D/RANGE 08/BED 260L    10-28-2021 0825 04-18-2022 0851
EDG   B04-215L   HOUSE B/RANGE 04/BED 215L    10-15-2021 1501 10-28-2021 0825
EDG   R01-001L   HOUSE R/RANGE 01/BED 001L    10-15-2021 1005 10-15-2021 1501
EDG   B04-215L   HOUSE B/RANGE 04/BED 215L    10-14-2021 2037 10-15-2021 1005
ASH   J06-016L   HOUSE J/RANGE 06/BED 016L    08-04-2021 1200 10-14-2021 0219
ASH   J06-016L   HOUSE J/RANGE 06/BED 016L    04-22-2021 1209 08-04-2021 0947




G0002       MORE PAGES TO FOLLOW . . .
```

Att. 1

```
  MILBU   531.01 *              INMATE HISTORY              *     07-17-2024
PAGE 002 OF 002 *                 QUARTERS                  *      08:35:58

 REG NO..: 31679-171 NAME....: MCKEE, JAMES COPPERS JR
 CATEGORY: QTR        FUNCTION: PRT         FORMAT:

FCL     ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
ASH     Z04-211LAD HOUSE Z/RANGE 04/BED 211L AD 04-21-2021 1848 04-22-2021 0959
ASH     Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD 04-21-2021 1811 04-21-2021 1848
ASH     J06-016L   HOUSE J/RANGE 06/BED 016L    11-03-2020 1241 04-21-2021 1811
ASH     J01-001L   HOUSE J/RANGE 01/BED 001L    07-13-2020 1358 11-03-2020 1241
ASH     J02-013L   HOUSE J/RANGE 02/BED 013L    02-06-2020 1600 07-13-2020 1358
ASH     J02-020L   HOUSE J/RANGE 02/BED 020L    02-05-2020 1842 02-06-2020 1600
ASH     X01-001L   HOUSE X/RANGE 01/BED 001L    02-05-2020 1444 02-05-2020 1842
ATL     J01-125U   HOUSE J/RANGE 01/BED 125U    01-22-2020 1930 02-05-2020 0448
ATL     R01-001L   HOUSE R/RANGE 01/BED 001L    01-22-2020 1713 01-22-2020 1930
EST     D03-311L   HOUSE D/RANGE 03/BED 311L    07-23-2019 1405 01-22-2020 1026
EST     D03-311L   HOUSE D/RANGE 03/BED 311L    07-12-2019 1030 07-23-2019 0832
EST     D03-311L   HOUSE D/RANGE 03/BED 311L    04-11-2019 1702 07-12-2019 0655
EST     D03-310L   HOUSE D/RANGE 03/BED 310L    01-29-2019 1153 04-11-2019 1702
EST     D03-310L   HOUSE D/RANGE 03/BED 310L    05-25-2018 0944 01-29-2019 0501
EST     D03-313L   HOUSE D/RANGE 03/BED 313L    01-17-2018 0926 05-25-2018 0944
EST     D04-419L   HOUSE D/RANGE 04/BED 419L    01-11-2018 1301 01-17-2018 0926
EST     D03-308U   HOUSE D/RANGE 03/BED 308U    01-11-2018 1122 01-11-2018 1301
EST     Z04-235LAD HOUSE Z/RANGE 04/BED 235L AD 01-09-2018 1506 01-11-2018 1122
EST     D03-308U   HOUSE D/RANGE 03/BED 308U    01-09-2018 0820 01-09-2018 1506
ATL     J03-307L   HOUSE J/RANGE 03/BED 307L    01-05-2018 2015 01-09-2018 0417
ATL     R01-001L   HOUSE R/RANGE 01/BED 001L    01-05-2018 1229 01-05-2018 2015




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

Att. 1

```
MILBU   540*23  *        SENTENCE MONITORING           *     07-17-2024
PAGE 001        *        COMPUTATION DATA              *     08:35:13
                         AS OF 07-17-2024

REGNO..: 31679-171 NAME: MCKEE, JAMES COPPERS JR


FBI NO...........: 122880KA6              DATE OF BIRTH:        971  AGE:   52
ARS1.............: MIL/A-DES
UNIT.............: 7 GP                   QUARTERS.....: A01-115L
DETAINERS........: NO                     NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 09-15-2024

FINAL STATUTORY RELEASE FOR INMATE.: 03-15-2026 VIA GCT REL
         WITH APPLIED FSA CREDITS.: 365   DAYS
THE INMATE IS PROJECTED FOR RELEASE: 03-15-2025 VIA FSA REL


                    RELEASE AUDIT COMPLETED ON 03-14-2024 BY DSCC
----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: SOUTH CAROLINA
DOCKET NUMBER...................: 4:16-CR-00324-RBH (1
JUDGE...........................: HARWELL
DATE SENTENCED/PROBATION IMPOSED: 12-14-2017
DATE COMMITTED..................: 01-09-2018
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.: $100.00        $00.00           $00.00          $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO         AMOUNT:  $00.00

 REMARKS.......: COMPLETE DKT# 4:16-CR-00324-RBH (1)












G0002        MORE PAGES TO FOLLOW . . .
```

Att. 2

```
 MILBU   540*23 *          SENTENCE MONITORING           *      07-17-2024
 PAGE 002        *          COMPUTATION DATA             *      08:35:13
                            AS OF 07-17-2024

 REGNO..: 31679-171 NAME: MCKEE, JAMES COPPERS JR


 ------------------------CURRENT OBLIGATION NO: 010 -------------------------
  OFFENSE CODE....:  391     21:846 SEC 841-851 ATTEMPT
  OFF/CHG: 21:841(A)(1),(B)(1)(C),846; CONSPIRACY TO POSSESS WITH INTENT
           TO DISTRIBUTE & DISTRIBUTION OF A QUANTITY OF METHAMPHETAMINE
           AND A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF
           METHAMPHETAMINE (CT-1)

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   132 MONTHS
  TERM OF SUPERVISION............:     3 YEARS
  DATE OF OFFENSE................: 11-15-2016

 ------------------------CURRENT COMPUTATION NO: 010 ------------------------

 COMPUTATION 010 WAS LAST UPDATED ON 01-11-2023 AT DSC AUTOMATICALLY
 COMPUTATION CERTIFIED ON 01-17-2018 BY DESIG/SENTENCE COMPUTATION CTR

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 CURRENT COMPUTATION 010: 010 010

 DATE COMPUTATION BEGAN..........: 12-14-2017
 TOTAL TERM IN EFFECT............:   132 MONTHS
 TOTAL TERM IN EFFECT CONVERTED..:    11 YEARS
 EARLIEST DATE OF OFFENSE........: 11-15-2016

 JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                     09-19-2016    12-13-2017




 G0002        MORE PAGES TO FOLLOW . . .
```

Att. 2

```
MILBU   540*23  *          SENTENCE MONITORING          *     07-17-2024
PAGE 003 OF 003 *           COMPUTATION DATA            *     08:35:13
                            AS OF 07-17-2024

REGNO..: 31679-171 NAME: MCKEE, JAMES COPPERS JR


TOTAL PRIOR CREDIT TIME.........: 451
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 553
TOTAL GCT EARNED................: 337
STATUTORY RELEASE DATE PROJECTED: 03-15-2026
ELDERLY OFFENDER TWO THIRDS DATE: 01-19-2024
EXPIRATION FULL TERM DATE.......: 09-19-2027
TIME SERVED.....................:     7 YEARS      9 MONTHS     29 DAYS
PERCENTAGE OF FULL TERM SERVED..:  71.1
PERCENT OF STATUTORY TERM SERVED:  82.5

PROJECTED SATISFACTION DATE.....: 03-15-2025
PROJECTED SATISFACTION METHOD...: FSA REL
     WITH FSA CREDITS INCLUDED...: 365

REMARKS.......: 04-14-2020 RPC'D FSA E/RBC.1-11-23 UPDTD GCT E/CMF




S0055         NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

Att. 2

BP-A0210       **INSTITUTIONAL REFERRAL FOR CCC PLACEMENT** CDFRM
OCT 10
**U.S. DEPARTMENT OF JUSTICE**        **FEDERAL BUREAU OF PRISONS**

---

**TO:** (Community Corrections Manager) | **FROM:** Chief Executive Officer (Name, Title & Date) - Signature certifies approval and CIMS Clearance

Inmate Name | Register Number | Date

Unit Manager/Mail ID | Institution (Address and Phone Number)

1. Release City | Supervision District

2. Anticipated Release Date | Method | Verified by (ISM Staff)

3. Recommended (only one):
   a. Range_____, or
   b. Date_____

4. If a presumptive parole case, enter the date the pre-release record review progress report was submitted to the Parole Commission: _____

5. Statutory Interim Hearing Scheduled?
   ☐ Yes ☐ No ☐ Waived

6. Supervised Release
   ☐ Yes ☐ No

Special Parole Term
☐ Yes ☐ No

7. Aftercare Supervision
   ☐ Drug ☐ Alcohol ☐ Mental Health ☐ Other      ☐ N/A

8. CIM Case: ☐ Yes ☐ No    Assignment:

As CMC, I have reviewed the Request for Activity Clearance (404) and the SENTRY CIM Clearance and Separatee Data and I recommend the inmate be considered for CCC placement and clearance be granted by the Warden.

     ☐ Yes ☐ No    Signature of CMC _____
Upon signature of the Warden, I will update SENTRY to reflect CCC referral for range/date as listed in item 3 above.

NOTE: The CMC will update SENTRY to reflect specific dates and CCC location code upon notification of acceptance from the CCM.

9. If proposed District of Supervision differs from Sentencing District, has USPO approved?
   ☐ Yes ☐ No

10. Does inmate have a committed fine? ☐ Yes ☐ No
If yes, indicate how fine will be paid in item 12.

11. Additional Information, including status of any detainers or pending charge(s) and whether there is a substance abuse history.

Att. 3

12. Specific release preparation/Pre-natal care needs.

| 13. For MINT Referrals, Date of Delivery: | 14. (a) For MINT Referrals, Projected Date of Return to Parent Institution:<br><br>(B) Proposed guardian: |
|---|---|

| TO BE FORWARDED WITH THE REFERRAL FORM | NO. COPIES | TO BE FORWARDED TO THE REGIONAL TSM | NO. COPIES |
|---|---|---|---|
| BP-S210, Referral Form | 2 | BP-S210, Referral Form | 1 |
| Current Progress Report | 2 | Current Progress Report | 2 |
| Pre-sentence Report/Violation Report | 2 | Treatment Summary and Referral Form | 2 |
| Community Based Program Agreement | 2 | Drug Abuse Treatment Programs Agreement to Participate in Community Transition Programming | 2 |
| BP-339 CIM Case Information Summary (Non-Separation Cases) | 1 | | |
| USPO Acceptance Letter | 2 | | |
| Copy of Latest Notice of Action | 2 | | |
| BP-351 Medical Evaluation for Transfer of Inmates to CCC Type Facility | 2 | | |
| Judgment & Commitment Order | 2 | | |
| Statement of Responsibility | 2 | | |

\* If the inmate has a diagnosed, ongoing medical condition, such as diabetes or coronary disease, send any pertinent medical records.

Record Copy - CCM; Copy - Institution File; Copy - USPO Sentencing District; Copy USPO District of Supervision

PDF                    Prescribed by P7310          This form replaces BP-210 November 1995

Att. 3

```
 MILBU   531.01 *           INMATE HISTORY          *    07-18-2024
 PAGE 001 OF 001 *             DESTNATION           *     10:39:06

 REG NO..: 31679-171 NAME....: MCKEE, JAMES COPPERS JR
 CATEGORY: DST       FUNCTION: PRT       FORMAT:

FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP   DATE/TIME
MIL    CRL 4U3    ALSTON WILKES SOCIETY SC      09-06-2024 1137 CURRENT
A02    MIL        MILAN FCI                     03-08-2023 0800 03-30-2023 1415
0-C    EDG SCP    EDGEFIELD FCI SCP             08-16-2021 1355 10-14-2021 2037
B02    ASH        ASHLAND FCI                   01-08-2020 1450 02-05-2020 1444
B03    EST        ESTILL FCI                    12-27-2017 0730 01-09-2018 0820




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

Att. 4