

JUDGE'S COPY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**



FILED
AUG 14 2024
CLERK'S OFFICE
DETROIT

JAMES C. MCKEE,
    Petitioner,

v.                                   CASE NO. 24-cv-11154

ERIC RARDIN, WARDEN,
FEDERAL BUREAU OF PRISONS
    Respondent.
_____/

**REPLY TO GOVERNMENT'S RESPONSE**
**TO PETITION FOR WRIT OF HABEAS CORPUS**

**BACKGROUND**

Petitioner was recommended for transfer to residential Reentry Center/Home Confinement on August 7, 2023 with a requested placement date of September 22, 2023 utilizing a combination of earned time cre3dits (FTCs) and Second Chance Act (SCA) recommendation. The Residential Reentry Management Office (RRM) returned an RRC date of September 6, 2024, depriving the Petitioner of valuable time needed for reintegration to society and, thus, resulting in the instant matter before this Honorable Court. The Respondent filed their response to Petition for Writ of Habeas Corpus on July 31, 2024. (ECF No. 12, Page ID. 208-222).

## **BOP'S RESPONSE IS INCOMPLETE AND IGNORES ISSUES PRESENTED**

The Respondent's claim that the Court lacks jurisdiction over instant matter hinges on the specious position that the First Step Act (FSA) merely contemplates "placement decision(s)" for inmates. That is hardly true. FSA is a comprehensive corrections reform policy that addresses rehabilitation, recidivism concerns, and proper placement for individuals to maximize the benefits of evidence-based programming prior to returning to their communities. It is not appropriate for BOP to second-guess the wisdom of Congress after the fact and ignore parts of the law that they don't like.

The Response is notably silent on the provisions of FSA that require the BOP to award and apply FTCs toward prerelease custody or early release for inmates, like Petitioner, who have met certain criteria. Here, the amount of time credits earned has equaled or exceeded the time remaining since May.

Respondent is also silent on the issue of releasing the proper calculations outlined by Petitioner to all inmates, which would end all types of needless claims in court. The BOP arbitrarily denies inmates the benefit of FTCs they have inarguably "earned" by refusing to furnish projected prerelease dates to anyone. This unacceptable delay is simply an excuse to ignore the law. The Court would be within its scope to compel the BOP to calculate these dates for Petitioner and <u>all</u> qualifying inmates forthwith. It should consider doing so. Without such a charge, the BOP will continue to promise these calculations "at a later time," effectively kicking the can down the road while inmates and their families wait for the law to be followed and justice to be served.

## **CONCLUSION**

The Respondent's dismissive reference to comprehensive corrections reform litigation as an "entitlement program" demonstrates the BOP's ongoing disdain for a landmark bill that they opposed, but was passed with overwhelming bipartisan support.

2

The BOP has defended itself now in dozens of lawsuits challenging its spurious interpretation of its obligations under the FSA, sometimes successfully, other times not. For whatever reason, the BOP seems content to continue that trend, beating the same drum over and over instead of simply complying with the law. Besides being a regrettable public policy decision, wasting countless hours of time spent in court, it is also a reflection of the BOP's steadfast refusal to recognize the intent of the FSA. It is time for the madness to stop. The Petitioner's motion should be granted.

The Petitioner respectfully requests an expedited decision due to the time constraints of his nearing transfer to RRC placement on September 6, 2024.

/S/ *James McKee*
JAMES C. MCKEE #31679-171

**CERTIFICATE OF SERVICE**

I, James C. McKee, being of sound mind, do hereby CERTIFY under penalty of perjury and pursuant to Title 18 U.S.C. § 1746 attest that all statements made herein are true and authentic to the best of my knowledge. A copy of this REPLY TO GOVERNMENT'S RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS has been placed in the prison mail system at FCI Milan, Milan Michigan addressed to the United States District Court, Eastern District of Michigan.

Executed on August 8, 2024.

/S/ *James McKee*
JAMES C. MCKEE #31679-171

James McKee
NAME
31679-171
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
9 AUG 2024 PM 14 L

48226-279426

MARSHALS
Office of the Clerk
U.S. District Court
Theodore Levin United States Courthouse
231 W. Lafayette Blvd. - Rm. 554
Detroit, MI 48226