UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMES C. MCKEE,<br><br>    Petitioner,<br><br>v.<br><br>ERIC RARDIN,<br><br>    Respondent. | Case No.  24-cv-11154<br><br>Honorable Denise Page Hood |

**ORDER (1) DENYING EMERGENCY MOTION
REQUESTING EXPEDIENT AND REASONABLE
TIME FOR GOVERNMENT TO RESPOND (ECF No. 10) AS MOOT
AND (2) GRANTING MOTION FOR LEAVE (ECF No. 11)**

This is a 28 U.S.C. § 2241 habeas case.  Petitioner James C. McKee is presently confined at the Federal Correctional Institution in Milan, Michigan. He seeks habeas relief on the basis that his placement in prerelease custody has been significantly delayed and that the Bureau of Prisons has failed to comply with its obligations under the First Step Act. (*Pet*., ECF No. 4-1, PageID.43–60).  Before the Court are two motions: Emergency Motion Requesting Expedient and Reasonable Time for the Government to Respond (ECF No. 10) and a Motion for Leave (ECF No. 11).

In his emergency motion, Petitioner requests that the Court expedite the Respondent's time to answer the petition.  Petitioner's motion is DENIED because the Court already issued an amended order requiring the response to the petition to be filed by August 1, 2024.  Respondent filed a response to the petition on July 31, 2024.  Accordingly, Petitioner's request has already been granted and the motion is now moot. (ECF No. 10).

The Court will GRANT Petitioner's motion for leave to supplement his petition with additional legal authority (ECF No. 11).

**IT IS SO ORDERED.**

s/Denise Page Hood  
DENISE PAGE HOOD  
United States District Judge

Dated:  September 10, 2024