UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMES C. MCKEE,<br><br>    Petitioner,<br><br>v.<br><br>ERIC RARDIN,<br><br>    Respondent. | Case No. 24-cv-11154<br><br>Honorable Denise Page Hood |

**JUDGMENT**

In accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.

                                              s/Denise Page Hood
                                              DENISE PAGE HOOD
                                              United States District Judge

Dated: July 23, 2025