# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

JAMES C. MCKEE,

    Petitioner,

v.

ERIC RARDIN,

    Respondent.

Case No.  24-cv-11154

Honorable Denise Page Hood

F I L E D

AUG 1 1 2025

CLERK'S OFFICE
DETROIT

## OPINION AND ORDER DISMISSING HABEAS PETITION

### I.    Introduction

Petitioner James C. McKee filed a petition for a writ of habeas corpus.

UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
WEST LAFAYETTE BLVD. • ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

METROPLEX MI 480
23 JUL 2025 PM 4

US POSTAGE • PITNEY BC
ZIP 48226  $ 001.0
02 7W
0008037343 JUL 23 2

James C. McKee

RECEIVED
AUG 1 1 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

Return To Sender
Can Not Identify/NO #
Not At Institution

NIXIE      482    SC      2 2 08/04/25
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 48226271839      0653-07328-03-44